IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 267

| | |
|---|---|
| **ELAINE CONOVER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v | ) |
| | ) |
| **BURNSVILLE CHEVROLET-BUICK, INC.** | ) |
| **and W R WILLIS FAMILY, INC.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the undersigned pursuant to a Consent Motion to Stay Initial Attorney's Conference (#11). It appears to the Court that the Plaintiff has filed an Amended Complaint which adds as a party W R Willis Family, Inc. as an additional defendant. As a result of this filing, there has not been a joinder of issues in this matter and it appears that good cause has been shown for the granting of the motion. Counsel for Defendant Burnsville Chevrolet-Buick, Inc. has been consulted and consents to the motion and as a result of the foregoing, the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Consent Motion to Stay Initial Attorney's Conference (#11) is **ALLOWED.** The time for filing the Certificate of

Initial Attorney's Conference is hereby **STAYED** until fourteen (14) days after the joinder of issues in this matter.

Signed: March 30, 2016

Dennis L. Howell
United States Magistrate Judge