IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 267

| | |
|---|---|
| **ELAINE CONVOER,** )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>**BURNSVILLE CHEVROLET-BUICK,** )<br>**INC. and W R WILLIS FAMILY, INC.,** )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** has come before the undersigned upon the Court's own motion pursuant to a filing made by the Defendants entitled Rule 26 Disclosures (#19).

LCvR 26.2 states: **Discovery Material Not to be Filed Unless Ordered or Needed.**

> The parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses thereto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceedings; or (3) such materials are filed in support of, or in opposition to, a motion or petition.

A review of the records show that Defendants have filed a copy of their Rule 26 Disclosures in violation of the requirements of LCvR 26.2. As a result, the undersigned will direct that the Clerk of this Court strike the Rule 26 Disclosures

1

from the file in this matter.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Rule 26 Disclosures (#19) filed by the Defendants in this matter are hereby **ORDERED** to be **STRICKEN** and removed from the record due to Defendants violation of LCvR 26.2.

Signed: June 17, 2016

Dennis L. Howell
United States Magistrate Judge